UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 13-3210 MB |
| | ) | |
| WENDY CRUZ | ) | |

ORDER ON MOTION TO SEAL

    The government's request that the warrant in this matter be maintained under seal

pending execution, and that the complaint be maintained under seal pending further order of the

Court is **GRANTED** as the matter pertains to an ongoing investigation which would likely be

jeopardized by public disclosure.

ENTER:

Joe B. Brown
United States Magistrate Judge